**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION
-----------------------------------------------------------x

SPEEDFIT LLC and AUREL A. ASTILEAN,

         Plaintiffs,

-against-

LIFECORE FITNESS, INC., and
ASSAULT FITNESS,

         Defendants.
-----------------------------------------------------------x

S I R S:

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/2022
```

Index No. 7:22-cv-3140 (NSR)

NOTICE OF MOTION
FOR RULE 11 SANCTIONS

Plaintiffs' motion is denied for failure to follow this Court's individual rules. The Clerk of Court is kindly directed to terminate the motion at ECF No. 24.

SO ORDERED:

Dated: May 24, 2022
    White Plains, NY

NELSON S. ROMÁN
United States District Judge

PLEASE TAKE NOTICE that, upon this notice of motion of Plaintiffs, SPEEDFIT LLC and AUREL A. ASTILEAN ("Plaintiffs"), the accompanying memorandum of law in support thereof, and the Declaration of Thomas B. Decea sworn to on April 29, 2022, with the exhibits annexed thereto, and all pleadings and prior proceedings had in the above-captioned action, a hearing will be held before the Hon. Nelson S. Roman at The Hon. Charles L. Brieant Jr., Federal Building and United States Courthouse 300 Quarropas St. White Plains, New York 10601-4150, pursuant to a schedule to be established by the Court, for an order (i) pursuant to Rule 11 of the Federal Rules of Civil Procedure granting sanctions against Defendants and their counsel,

including costs and attorneys' fees incurred by Plaintiffs, and (ii) for such other and further relief the Court deems just and proper.

Dated: Armonk, New York
       April 29, 2022

                              FISHMAN DECEA & FELDMAN

                              By: /s/ *Thomas B. Decea*
                                 THOMAS B. DECEA
                              Member of the Firm
                              84 Business Park Drive, Suite 200
                              Armonk, New York 10504
                              (914) 285-1400
                              tdecea@dfdlawfirm.com

                              *Attorneys for Plaintiffs*