UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2025
```

SPEEDFIT LLC, et al,

                Plaintiffs,

  -against-

LIFECORE FITNESS, INC., et al,

                Defendants.

No. 22-cv-3140 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

On January 17, 2023, this Court issued its Opinion and Order dismissing Plaintiffs' First Amended Complaint in its entirety, without prejudice. (ECF No. 34.) The Court advised the Plaintiffs therein that if Plaintiffs did not file a Second Amended Complaint on or before February 16, 2023, the Court would dismiss the First Amended Complaint with prejudice. As of April 14, 2025, Plaintiff has failed to file a Second Amended Complaint and has neither requested an extension nor advised the Court of why they have failed to do so.

Accordingly, the Court DISMISSES with prejudice Plaintiffs' Complaint and directs the Clerk of Court to terminate the instant action.

Dated:  April 14, 2025
          White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

1