**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
SPEEDFIT LLC, et al,

                Plaintiff,

-against-                        22 **CIVIL** 3140 (NSR)

**JUDGMENT**

LIFECORE FITNESS, INC., et al,

                Defendants.
----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 14, 2025, this Court issued its Opinion and Order on January 17, 2023, dismissing Plaintiffs' First Amended Complaint in its entirety, without prejudice. (ECF No. 34.) The Court advised the Plaintiffs therein that if Plaintiffs did not file a Second Amended Complaint on or before February 16, 2023, the Court would dismiss the First Amended Complaint with prejudice. As of April 14, 2025, Plaintiff has failed to file a Second Amended Complaint and has neither requested an extension nor advised the Court of why they have failed to do so. The Court has DISMISSED Plaintiffs' Complaint with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      April 15, 2025

                                      **TAMMI M HELLWIG**
                                      _____
                                          **Clerk of Court**

                    **BY:**          K. Mango

                                      _____
                                          **Deputy Clerk**